# United States District Court
EASTERN DISTRICT OF WISCONSIN

STEPHANIE COOK,

        Plaintiff(s),

v.

GREENWOOD HOSPITALITY MANAGEMENT, LLC,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 22-C-396

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff takes nothing and this case is dismissed.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: December 1, 2023

GINA M. COLLETTI
Clerk of Court

s/ Mary Fisher
(By) Deputy Clerk